1  JEFFREY M. HAMERLING (Bar No. 91532)
   ANDREW E. SAXON (Bar No. 227344)
2  DLA PIPER LLP (US)
   153 Townsend Street, Suite 800
3  San Francisco, CA  94107-1957
   Tel:  415.836.2500
4  Fax: 415.836.2501
   Jeffrey.Hamerling@dlapiper.com
5
   Attorneys for Defendant
6  BP WEST COAST PRODUCTS LLC,
   a Delaware limited liability company
7
   Martin R.. Fox (Bar No. 155783)
8  BLEAU FOX
   A Professional Law Corporation
9  3575 Cahuenga Blvd.
   Los Angeles, CA 90068
10 Tel.: (323) 874-8613
   Fax:  (323) 874-1234
11 mfox@bleaufox.com

12 Attorneys for Plaintiff Rosedale Plaza Group, LLC

13

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company, | CASE NO. 1-08-CV-01874-OWW-GSA |
| 18             Plaintiff, | **STIPULATION AND ORDER RE STANDSTILL AGREEMENT AND PRELIMINARY INJUNCTION BRIEFING** |
| 19         v. | |
| 20  BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company and | Proposed Hearing Date for Preliminary Injunction:   March 30, 2009 |
| 21  DOES 1 through 100, Inclusive, | |
| 22             Defendant. | |
| 23 | Assigned to: Judge Oliver W. Wanger |

24

25
        It is hereby stipulated by and between ROSEDALE PLAZA GROUP, LLC, a California
26
   Limited Liability Company ("ROSEDALE"), on the one hand, and BP WEST COAST
27
   PRODUCTS LLC, a Delaware Limited Liability Company ("BPWCP"), on the other hand,
28

-1-
WEST\21624086.3         STIPULATION AND [PROPOSED] ORDER RE STANDSTILL AGREEMENT AND
                                                PRELIMINARY INJUNCTION BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com

through their respective attorneys of record:

**RECITALS**

A.  ROSEDALE has been the franchisee of a BPWCP am/pm Mini Market franchise and ARCO-branded gasoline station (Facility No. 81838) located in the City of Bakersfield, California (the "Facility") pursuant to an am/pm PMPA Franchise Agreement, an am/pm Mini Market Agreement, and other related agreements (collectively the "Franchise Agreements"), entered into between ROSEDALE, or is predecessor-in-interest, and Atlantic Richfield Company, BPWCP's predecessor-in-interest.  The Franchise Agreements are currently scheduled to expire on or about December 30, 2008.

B.  On or about September 30, 2008, BPWCP sent ROSEDALE a Notice of Termination.  The effective date of the termination is December 30, 2008.

C.  On or about December 5, 2008, ROSEDALE filed the instant lawsuit against BPWCP, seeking, among other things, injunctive relief to enjoin termination of the franchise relationship.  ROSEDALE also notified BPWCP that it intended to seek a Temporary Restraining Order and Preliminary Injunction barring BPWCP from ceasing the delivery of gasoline or taking any "self-help" measures.

D.  To avoid the expense and burden of litigating a temporary restraining order, the parties agree to continue the existing relationship, temporarily, with Rosedale to continue operating the Facility as described below until the Court has opportunity to rule on a motion for preliminary injunction to be filed by ROSEDALE.

NOW, THEREFORE, in consideration of the mutual covenants contained herein, and for other valuable consideration, BPWCP and ROSEDALE agree as follows:

**AGREEMENT**

1.  <u>Continuation of Gasoline Deliveries</u>.  During the pendency of this Agreement, BPWCP agrees to continue delivering gasoline to the Facility and not remove any signage or otherwise take any action that is inconsistent with the Franchise Agreements.

2.  <u>ROSEDALE's Compliance with Franchise Agreements</u>.  During the pendency of this Agreement,  the parties shall comply with all terms and conditions of the Franchise

-2-

PDF created with pdfFactory trial version www.pdffactory.com

Agreements as if those agreements were in force and effect, including, without limitation, payment of all royalties and sums owed and maintenance and acquisition of all required equipment. However, during the pendency of this Agreement, Rosedale shall not be required to obtain the new coffee equipment required under a new am/pm franchise agreement that is at issue in the action..

3. <u>Filing and Briefing Schedule for Motion for Preliminary Injunction</u>. ROSEDALE agrees to file and serve its Motion for Preliminary Injunction ("Motion" or "Motion for Preliminary Injunction") by no later than January 30, 2009. The parties further agree to the following briefing schedule on the MOTION: BPWCP's opposition shall be filed and served by no later than February 25, 2009. ROSEDALE's reply shall be filed and served by no later than March 6, 2009. The Motion shall be heard by the Court on March 30, 2009 at 10:00 a.m., or at the earliest date thereafter as may be heard.

4. <u>Temporary Operation of Facility</u>. The parties hereto represent and agree that ROSEDALE's operation of the Facility pursuant to this Agreement is permitted only in accordance with and pursuant to the terms of this Agreement. The continuing operation of the Facility by ROSEDALE under this Agreement does not and shall not be construed to create or renew a relationship of franchisee/franchisor between the parties under either the Petroleum Marketing Practices Act or California law.

5. <u>Termination of Agreement</u>. This Agreement shall terminate upon the earliest of the following events:

5.1 Any breach by ROSEDALE of this Agreement or the Franchise Agreements;

5.2 Upon a Court order modifying or terminating this Agreement and no later than the Court's ruling on ROSEDALE's Motion For Preliminary Injunction.

PDF created with pdfFactory trial version www.pdffactory.com

6. <u>Extension of Agreement</u>. This Agreement may be extended by the submission of a stipulation signed by both parties without a further Court order. This Agreement shall be binding upon the parties until such time that the Court signs the Order.

7. <u>No Waiver</u>. ROSEDALE and BPWCP expressly agree that nothing in this Agreement shall be construed a waiver or estoppel of either party's legal positions, and ROSEDALE and BPWCP agree that neither will use this Agreement or BPWCP's continued deliveries to support any claim for legal or equitable relief. Nothing herein precludes either party from seeking a modification of this Order or any further orders from the Court for good cause.

8. <u>Notice</u>. Notices under this Agreement shall be given by facsimile and pdf email as follows:

If to ROSEDALE:

> Martin R. Fox, Esq.
> BLEAU FOX, a Professional Corporation
> 3575 Cahuenga Boulevard West, Suite 580
> Los Angeles, CA 90068
> Fax: (323) 874-1234
> Email: mfox@bleaufox.com

If to BPWCP:

> Jeffrey M. Hamerling, Esq.
> DLA Piper LLP (US)
> 153 Townsend Street, Suite 800
> San Francisco, California 94107
> Fax: (415) 659-7343
> Email: jeffrey.hamerling@dlapiper.com

9. <u>Effective Date</u>. The Effective Date of this Agreement shall be December 23, 2008.

10. <u>Authorization to Sign</u>. Each of the attorneys below are authorized to sign this Agreement on behalf of the parties.

11. <u>Captions</u>. Any captions to the paragraphs of this Agreement are solely for the convenience of the parties, are not a part of this Agreement and shall not be used for the interpretation or a determination of the validity of this Agreement or any portion hereof.

12. <u>Counterparts and Facsimile</u>. This Agreement may be executed in counterparts via

PDF created with pdfFactory trial version www.pdffactory.com

1  facsimile or pdf email with the same force and effect as if executed in one complete document.

2  Dated: December _____, 2008                    BLEAU FOX, a Professional Corporation

3
4                                                 By   /s/ Martin R. Fox
                                                  MARTIN R. FOX
                                                  Attorneys for Plaintiff
5                                                 ROSEDALE PLAZA GROUP, LLC,
                                                  a California limited liability company
6
   Dated: December _____, 2008                    DLA PIPER LLP (US)
7
8                                                 By   /s/ Jeffrey M. Hamerling
                                                  JEFFREY M. HAMERLING
                                                  Attorneys for Defendant
9                                                 BP WEST COAST PRODUCTS LLC,
                                                  a Delaware limited liability company
10

11

12

13        Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

14  ORDERED that:

15        1.   The terms of the parties' Standstill Agreement and Preliminary Injunction Briefing

16  Schedule are hereby ordered.

17        2.   Plaintiff's Motion for Preliminary Injunction shall be filed and served by no later

18  than January 30, 2009.  BPWCP's opposition shall be filed and served by no later than February

19  20, 2009.  ROSEDALE's reply shall be filed and served by no later than March 6, 2009.  The

20  Motion for Preliminary Injunction shall be heard by the Court on  March 30,  2009.

21  at 10:00 a.m.

22        IT IS SO ORDERED.

23  Dated: December 29, 2008                      /s/ OLIVER W. WANGER
                                                  HON. OLIVER W. WANGER
24                                                United States District Judge

25

26

27

28

-5-
WEST\21624086.3            STIPULATED STANDSTILL AGREEMENT AND [PROPOSED] ORDER RE
                                  STANDSTILL AND PRELIMINARY INJUNCTION BRIEFING

PDF created with pdfFactory trial version www.pdffactory.com