Martin R. Fox, Esq., SBN 155783
mfox@bleaufox.com
BLEAU FOX, A P. L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234

Attorneys for Plaintiff,
ROSEDALE PLAZA GROUP, LLC,
a California limited liability company

Jeffrey M. Hamerling, Esq., SBN 91532
jeffrey.hamerling@dlapiper.com
DLA PIPER LLP (US)
153 Townsend Street, Suite 800
San Francisco, California 94107
Telephone: (415) 836-2500
Facsimile: (415) 659-7343

Attorneys for Defendant,
BP WEST COAST PRODUCTS LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE PLAZA GROUP, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, DOES 1 through 100, Inclusive,<br><br>Defendant. | **CASE NUMBER: 1-08-CV-01874-OWW-GSA**<br><br>Assigned to: Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER RE: MOTIONS FOR SUMMARY JUDGMENT**<br><br>**Trial Date: November 3, 2009**<br>**Place: Courtroom 3**<br>**Time: 9:00 a.m.** |

It is hereby stipulated by and between ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company (hereinafter referred to as "ROSEDALE"), on the one hand, and BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company (hereinafter referred to as "BPWCP"), on the other hand, through

1

**STIPULATION AND [PROPOSED] ORDER**

their respective attorneys of record:

## RECITALS and STIPULATIONS

A.   ROSEDALE's Motion for Preliminary Injunction was heard and granted on or about March 30, 2009.

B.   On or about April 3, 2009, the Court entered its Scheduling Conference Order setting forth that the parties' Cross-Motions for Summary Judgment be filed no later than June 15, 2009, the Oppositions to the Cross-Motions for Summary Judgment be filed by June 29, 2009, any Replies to the Oppositions to the Cross-Motions for Summary Judgment be filed no later than July 6, 2009 and that the hearing on the Cross-Motions for Summary Judgment be heard on August 10, 2009 at 10:00 a.m. in Courtroom 3 of the above-entitled Court.

C.   Immediately after the hearing on the Motion for Preliminary Injunction, the parties began the discovery process in a cooperative effort.  However, to accommodate the various witnesses' schedules, several depositions were delayed several weeks. These delays resulted in the transcripts not yet being completed, reviewed by the deponents and any changes (if necessary) not yet being transmitted to counsel.  Written discovery has also been propounded and while responses are being transmitted within the statutory guidelines, some time will be needed to review and analyze same and (if necessary) follow up.

D.   Additionally, one more deposition must be taken in Lodi, California. Plaintiff's counsel is attempting to schedule the deposition of the non-party witness, however, proper notice must be given and a mutually agreeable date and time set for same.  Counsel believes that it will take more than two weeks to take the deposition, receive the transcript, have the deponent read, review, make any changes necessary and sign under penalty of perjury.

E.   In order to fully and completely brief the Court on the various matters of law, the parties believe that a two-week extension with regard to the filing and hearing dates regarding the Cross-Motions for Summary Judgment is necessary and

1  warranted. Counsel believes that while every endeavor has been undertaken to move
2  this matter along as quickly as possible, good cause exists for the short two-week
3  extension.
4     F.   All Counsel agree and stipulate that, with the Court's permission which
5  is respectfully requested, the revised dates would be as follows:
6     a.   New Cross-Motions for Summary Judgment Filing Deadline:
7          June 29, 2009;
8     b.   New Oppositions to Cross-Motions for Summary Judgment Filing
9          Deadline: July 13, 2009;
10    c.   New Replies to Cross-Motions for Summary Judgment Filing
11         Deadline: July 20, 2009;
12    d.   New Hearing Date for Cross-Motions for Summary Judgment:
13         August 24, 2009.
14    G.   This is the first continuance requested by the parties with regard to the
15 Cross-Motions for Summary Judgment.
16    H.   All Counsel agree and stipulate that the remaining dates, Settlement
17 Conference, Pre-Trial Conference and Trial Dates should remain, with the Court's
18 permission, as currently scheduled.

                              Respectfully submitted,
DATED: June 1, 2009           BLEAU FOX, A P.L.C.

                              BY:   /s/ Martin Fox
                                    Martin R. Fox, Esq.
                                    Attorney for Plaintiff,
                                    ROSEDALE PLAZA GROUP, LLC,
                                    a California limited liability company

///
///
///

DATED: June 1, 2009                    DLA PIPER LLP (US)


BY:   /s/ Jeffrey M. Hamerling
      Jeffrey M. Hamerling, Esq.
      Attorneys for Defendant,
      BP WEST COAST PRODUCTS, LLC,
      a Delaware limited liability company


## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

    a.    The new Cross-Motions for Summary Judgment Filing Deadline shall be June 29, 2009;

    b.    The new Oppositions to Cross-Motions for Summary Judgment Filing Deadline shall be July 13, 2009;

    c.    The new Replies to Cross-Motions for Summary Judgment Filing Deadline shall be July 20, 2009;

    d.    The new Hearing Date for Cross-Motions for Summary Judgment: August 24, 2009.

IT IS SO ORDERED.

**Dated:   June 2, 2009**                    /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE

4
**STIPULATION AND [PROPOSED] ORDER**