JEFFREY M. HAMERLING (Bar No. 91532)
ANDREW E. SAXON (Bar No. 227344)
ERIN FRAZOR (Bar No. 251324)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501
Jeffrey.Hamerling@dlapiper.com
Andrew.Saxon@dlapiper.com
Erin.Frazor@dlapiper.com

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company,

Plaintiff,

v.

BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company and DOES 1 through 100, Inclusive,

Defendant.

BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company,

Counterclaimant,

v.

ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company

Counterdefendant.

CASE NO. 1-08-CV-01874-OWW-GSA

**AMENDED SCHEDULING ORDER**

Assigned to: Hon. Judge Oliver W. Wanger

**ORDER**

The Hearing on the parties Cross-Motions for Summary Judgment in the above-referenced matter was held on September 14, 2009 at 2:30 p.m. before the Honorable Oliver W. Wanger, United States District Judge. Jeffrey M. Hamerling and Erin Frazor of DLA Piper LLP (US)



PDF created with pdfFactory trial version www.pdffactory.com

appeared on behalf of Defendant and Counterclaimant BP West Coast Products LLC. Martin Fox of Bleau Fox, A P.L.C. appeared on behalf of Plaintiff and Counterdefendant Rosedale Plaza Group, LLC.

IT APPEARING TO THE COURT that good cause exists for modifying the April 2, 2009 Scheduling Conference Order;

IT IS HEREBY ORDERED that the following adjustments are made to the Court's current scheduling order:

1. The new Joint Pretrial Statement filing deadline shall be October 5, 2009.

2. The new Pretrial Conference date is set for October 13, 2009 at 11:30 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

3. The Confidential Settlement Conference Statement filing deadline shall remain the same, October 2, 2009.

4. The Settlement Conference date shall remain the same, October 9, 2009 at 10:30 a.m. in Courtroom 10 before the Honorable Gary S. Austin, United States Magistrate Judge.

5. The Trial date shall remain the same, November 3, 2009 at 9:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger.

IT IS SO ORDERED.

Dated: September 23, 2009

/s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Judge



PDF created with pdfFactory trial version www.pdffactory.com