1  JEFFREY M. HAMERLING (Bar No. 91532)
   **ARCHER NORRIS, a Professional Corporation**
2  2033 N. Main Street, Suite 800
   Walnut Creek, CA  94596
3  Tel:  925.930.6600
   Fax:  925.930.6620
4  jhamerling@archernorris.com

5  ERIN FRAZOR (Bar No. 251324)
   **DLA PIPER LLP (US)**
6  555 Mission Street, Suite 2400
   San Francisco, CA  94105
7  Tel:  415.836.2500
   Fax:  415.836.2501
8  erin.frazor@dlapiper.com

9  Attorneys for Defendant
   BP WEST COAST PRODUCTS LLC
10

11 Thomas P. Bleau, Esq., SBN 152945
   Martin R. Fox, Esq., SBN 155783
   Gennady L. Lebedev, Esq., SBN 179945
12 **BLEAU FOX, A P.L.C.**
   3575 Cahuenga Boulevard West, Suite 580
13 Los Angeles, CA 90068
   Telephone:  (323) 874-8613
14 Facsimile:  (323) 874-1234
   tbleau@bleaufox.com
15 mfox@bleaufox.com
   mrhee@bleaufox.com
16
   Attorneys for Plaintiff
17 ROSEDALE PLAZA GROUP, LLC

18                           UNITED STATES DISTRICT COURT

19                           EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20  ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company, | CASE NO. 1-08-CV-01874-OWW-GSA |
| 21                           Plaintiff, | **STIPULATION RE: SETTLEMENT AND ORDER RE: REMOVAL FROM ACTIVE TRIAL CALENDAR** |
| 22  v. | |
| 23 | |
| 24  BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company and DOES 1 through 100, Inclusive, | **ASSIGNED TO:  HON. JUDGE OLIVER W. WANGER** |
| 25                           Defendant. | Current Trial Date:  January 26, 2010 |
| 26 | |
| 27  AND RELATED COUNTERACTIONS | |
| 28 | |

WEST\21829609.1      STIPULATION AND [PROPOSED] ORDER RE: REMOVAL FROM ACTIVE TRIAL
WEST\21832143.1                                                              CALENDAR

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby stipulated by and between BP West Coast Products LLC ("BPWCP") and Rosedale Plaza Group, LLC ("Rosedale"), through their respective attorneys of record:

**RECITALS AND STIPULATIONS**

A.  On November 2, 2009, the parties, through their respective attorneys of record, appeared at the Pretrial Conference before the Honorable Judge Oliver W. Wanger, United States District Judge.  The Court continued the trial on this matter to January 26, 2010.

B.  At the Pretrial Conference, the Court instructed each party to propose and file a brief regarding a proposed jury instruction on the issue of the interrelationship of the PMPA and am/pm Agreements by November 16, 2009, and Oppositions to the other side's proposed instruction by November 23, 2009.

C.  On November 9, 2009, the parties and their respective attorneys of record participated in a Settlement Conference before the Honorable Gary S. Austin, United States Magistrate Judge.  As a result of that Conference and ongoing discussions, the parties have reached a settlement in principle, which the parties are documenting.

D.  In light of the settlement in principle, the parties request removal from the active trial calendar and all deadlines.

Respectfully submitted,

Dated:  November 16, 2009          ARCHER NORRIS, a Professional Corporation

By   /s/ Jeffrey M. Hamerling
JEFFREY M. HAMERLING
Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

Dated:  November 16, 2009          BLEAU FOX, a Professional Corporation

By   /s/ Martin R. Fox
MARTIN R. FOX
Attorneys for Plaintiff
ROSEDALE PLAZA GROUP, LLC

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the matter shall be removed from the active trial calendar. The parties shall file a request for dismissal no later than December 7th or show cause why the Court should not dismiss the matter.

IT IS SO ORDERED.


Dated:  November 16, 2009                /s/ OLIVER W. WANGER

                                         HON. OLIVER W. WANGER
                                         United States District Judge