Martin R. Fox, Esq., SBN 155783
mfox@bleaufox.com
BLEAU FOX, A P. L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone:  (323) 874-8613
Facsimile:   (323) 874-1234

Attorneys for Plaintiff,
ROSEDALE PLAZA GROUP, LLC,
a California limited liability company

Jeffrey M. Hamerling, Esq., SBN 91532
jhamerling@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, California 94596
Telephone:  (925) 930-6600
Facsimile:   (925) 930-6620

Attorneys for Defendant,
BP WEST COAST PRODUCTS LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE PLAZA GROUP, LLC, a California limited liability company<br><br>Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, DOES 1 through 100, Inclusive,<br><br>Defendant. | **CASE NUMBER: 1-08-CV-01874-OWW-GSA**<br><br>Assigned to: Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF OSC RE: DISMISSAL OF ACTION**<br><br>**Trial Date: Settled/Off-Calendar**<br>**Place: Courtroom 3**<br>**Time: 9:00 a.m.** |

It is hereby stipulated by and between ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company (hereinafter referred to as "ROSEDALE"), on the one hand, and BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company (hereinafter referred to as "BPWCP"), on the other hand, through

1

**STIPULATION AND ORDER**

their respective attorneys of record:

**RECITALS and STIPULATIONS**

A. Through the efforts of the Court and the parties, the above-entitled matter has resolved;

B. On November 16, 2009, the Court entered an order that the parties shall file a request for dismissal no later than December 7, 2009 or show cause why the Court should not dismiss the matter (Document No. 87).

C. Upon resolution of the matter, both parties have continuously worked to effectuate the resolution.

D. However, the resolution entails several financial transactions and obligations, all of which must be set forth in detailed writing. Additionally, the transactions and obligations will take several months to conclude (at a minimum).

E. In order to fully and completely ensure that this Court will not have to interact with these parties on this matter again, the writings are complex and involve multiple obligations and conditions precedent.

F. While the parties have already begun exchanging drafts and have been diligent to get the matter concluded, the drafts are not finalized and require more work. Additionally, the holidays are quickly approaching and obtaining final approval from the parties themselves will prove more difficult as the holidays approach. All Counsel agree, stipulate and respectfully request that, with the Court's permission, the Court continue the December 7, 2009 OSC Re: Dismissal for a minimum of forty-five (45) days to January 21, 2010 so that the parties can conclude their resolution.

///
///
///
///

2
**STIPULATION AND ORDER**

|   |   |   |
|---|---|---|
|   | | Respectfully submitted, |
| DATED: December 4, 2009 | | BLEAU FOX, A P.L.C. |

BY:   /s/ Martin Fox
      Martin R. Fox, Esq.
      Attorney for Plaintiff,
      ROSEDALE PLAZA GROUP, LLC,
      a California limited liability company

DATED: December 4, 2009    ARCHER NORRIS

BY:   /s/ Jeffrey M. Hamerling
      Jeffrey M. Hamerling, Esq.
      Attorneys for Defendant,
      BP WEST COAST PRODUCTS, LLC,
      a Delaware limited liability company

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

    a.    The parties shall file a request for dismissal no later than January 21, 2010 or show cause why the Court should not dismiss the matter.

IT IS SO ORDERED.

**Dated:   December 10, 2009**        /s/ Oliver W. Wanger
                                                      UNITED STATES DISTRICT JUDGE