Martin R. Fox, Esq., SBN 155783
mfox@bleaufox.com
BLEAU FOX, A P. L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234

Attorneys for Plaintiff,
ROSEDALE PLAZA GROUP, LLC,
a California limited liability company

Jeffrey M. Hamerling, Esq., SBN 91532
jhamerling@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, California 94596
Telephone: (925) 930-6600
Facsimile: (925) 930-6620

Attorneys for Defendant,
BP WEST COAST PRODUCTS LLC,
a Delaware limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE PLAZA GROUP, LLC, a California limited liability company<br><br>  Plaintiff,<br><br>vs.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, DOES 1 through 100, Inclusive,<br><br>  Defendant. | **CASE NUMBER: 1-08-CV-01874-OWW-GSA**<br><br>Assigned to: Judge Oliver W. Wanger<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF OSC RE: DISMISSAL OF ACTION**<br><br>**Trial Date: Settled/Off-Calendar**<br>**Place: Courtroom 3**<br>**Time: 9:00 a.m.** |

It is hereby stipulated by and between ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company (hereinafter referred to as "ROSEDALE"), on the one hand, and BP WEST COAST PRODUCTS, LLC, a Delaware Limited Liability Company (hereinafter referred to as "BPWCP"), on the other hand, through

1

**STIPULATION AND ORDER**

their respective attorneys of record:

**RECITALS and STIPULATIONS**

A.  Through the efforts of the Court and the parties, the above-entitled matter has resolved;

B.  On November 16, 2009, the Court entered an order that the parties shall file a request for dismissal no later than December 7, 2009 or show cause why the Court should not dismiss the matter (Document No. 87). Later, the Court granted both parties' request for a continuance of the OSC RE: Dismissal (Document No. 90) to a new OSC Re: Dismissal date of January 21, 2010

C.  Upon resolution of the matter, both parties have continuously worked to effectuate the resolution.

D.  However, the resolution entails several financial transactions and obligations, all of which must be set forth in detailed writing. Additionally, the transactions and obligations will take several months to conclude (at a minimum). The parties have exchanged several drafts of an Agreement detailing the resolution and have worked through almost all of the areas where they differed with only one or two remaining. The parties continue to work on those remaining areas and expect resolution on those matters shortly.

E.  In order to fully and completely ensure that this Court will not have to interact with these parties on this matter again, the writings are complex and involve multiple obligations and conditions precedent.

F.  Out of an abundance of caution, all Counsel agree, stipulate and respectfully request that, with the Court's permission, the Court continue the January 19, 2010 OSC Re: Dismissal to February 19, 2010 so that the parties can conclude their resolution. All counsel fully expect that this will be the last request for an extension of the OSC Re: Dismissal date.

///

///

|   |   |   |
|---|---|---|
| 1 |   | Respectfully submitted, |
| 2 | DATED: January 19, 2010 | BLEAU FOX, A P.L.C. |
| 4 |   | BY:   /s/ Martin Fox |
|   |   | Martin R. Fox, Esq. |
|   |   | Attorney for Plaintiff, |
|   |   | ROSEDALE PLAZA GROUP, LLC, |
|   |   | a California limited liability company |
| 8 | DATED: January 19, 2010 | ARCHER NORRIS |
| 10 |   | BY:   /s/ Jeffrey M. Hamerling |
|   |   | Jeffrey M. Hamerling, Esq. |
|   |   | Attorneys for Defendant, |
|   |   | BP WEST COAST PRODUCTS, LLC, |
|   |   | a Delaware limited liability company |

## ORDER

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

    a. The parties shall file a request for dismissal no later than February 19, 2010 or show cause why the Court should not dismiss the matter.

IT IS SO ORDERED.

**Dated:   January 21, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

3
**STIPULATION AND ORDER**