1  JEFFREY M. HAMERLING (Bar No. 91532)
   **ARCHER NORRIS, a Professional Corporation**
2  2033 N. Main Street, Suite 800
   Walnut Creek, CA 94596
3  Tel: 925.930.6600
   Fax: 925.930.6620
4  jhamerling@archernorris.com

5  ERIN FRAZOR (Bar No. 251324)
   **DLA PIPER LLP (US)**
6  555 Mission Street, Suite 2400
   San Francisco, CA 94105
7  Tel: 415.836.2500
   Fax: 415.836.2501
8  erin.frazor@dlapiper.com

9  Attorneys for Defendant
   BP WEST COAST PRODUCTS LLC
10

11 Thomas P. Bleau, Esq., SBN 152945
   Martin R. Fox, Esq., SBN 155783
   Gennady L. Lebedev, Esq., SBN 179945
12 **BLEAU FOX, A P.L.C.**
   3575 Cahuenga Boulevard West, Suite 580
13 Los Angeles, CA 90068
   Telephone: (323) 874-8613
14 Facsimile: (323) 874-1234
   tbleau@bleaufox.com
15 mfox@bleaufox.com
   mrhee@bleaufox.com
16
   Attorneys for Plaintiff
17 ROSEDALE PLAZA GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company and DOES 1 through 100, Inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERACTIONS | CASE NO. 1-08-CV-01874-OWW-GSA<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF DISMISSAL OF ACTION**<br><br>Assigned to: Hon. Judge Oliver W. Wanger<br>Trial Date: Settled – Off Calendar |

B0314138/916468-1

| | |
|---|---|
| 1 | It is hereby stipulated by and between BP West Coast Products LLC ("BPWCP") and |
| 2 | Rosedale Plaza Group, LLC ("Rosedale"), through their respective attorneys of record: |

**RECITALS AND STIPULATIONS**

4  A.  Through the efforts of the Court and the parties, the above-entitled matter has
5  resolved.

6  B.  On November 16, 2009, the Court entered an order that the parties shall file a
7  request for dismissal no later than December 8, 2009 or show cause why the Court should not
8  dismiss the matter (Document No. 97). Later, the Court subsequently granted both additional
9  requests for a continuance of the OSC Re: Dismissal (Documents No. 90 and 92) to a new OSC
10  Re: Dismissal date of February 19, 2010.

11  C.  Upon resolution of the matter, both parties have continuously worked to effectuate
12  the resolution.

13  D.  The parties are now in the process of executing documents, but certain loan
14  documents are taking longer to complete than originally anticipated. The parties are also seeking
15  client approval to include an arbitration proceeding in the event of any disputes.

16  E.  In order to fully and completely ensure that this Court will not have to interact
17  with these parties on this matter again, the writings are complex and involve multiple obligations
18  and conditions precedent.

19  / / /
20  / / /
21  / / /

B0314138/916468-1

-2-

STIPULATION AND ORDER RE:
CONTINUANCE OF DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com

F. Out of an abundance of caution, all Counsel agree, stipulate and respectfully request that, with the Court's permission, the Court continue the February 19, 2010 OSE Re: Dismissal to April 15, 2010 so that the parties can conclude their resolution.

Respectfully submitted,

Dated: February 18, 2009  ARCHER NORRIS, a Professional Corporation

By  /s/ Jeffrey M. Hamerling
JEFFREY M. HAMERLING
Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

Dated: February 18, 2009  BLEAU FOX, a Professional Corporation

By  /s/ Martin R. Fox
MARTIN R. FOX
Attorneys for Plaintiff
ROSEDALE PLAZA GROUP, LLC

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The parties shall file a request for dismissal no later than April 15, 2010 or show cause why the Court should not dismiss the matter.

IT IS SO ORDERED.

Dated: February 19, 2010  /s/ OLIVER W. WANGER
HON. OLIVER W. WANGER
United States District Judge

B0314138/916468-1  -3-

STIPULATION AND ORDER RE:
CONTINUANCE OF DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com