JEFFREY M. HAMERLING (Bar No. 91532)
**ARCHER NORRIS, a Professional Corporation**
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
Tel: 925.930.6600
Fax: 925.930.6620
jhamerling@archernorris.com

ERIN FRAZOR (Bar No. 251324)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501
erin.frazor@dlapiper.com

Attorneys for Defendant
BP WEST COAST PRODUCTS LLC

Thomas P. Bleau, Esq., SBN 152945
Martin R. Fox, Esq., SBN 155783
Gennady L. Lebedev, Esq., SBN 179945
**BLEAU FOX, A P.L.C.**
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, CA 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
tbleau@bleaufox.com
mfox@bleaufox.com
mrhee@bleaufox.com

Attorneys for Plaintiff
ROSEDALE PLAZA GROUP, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEDALE PLAZA GROUP, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BP WEST COAST PRODUCTS LLC, a Delaware Limited Liability Company and DOES 1 through 100, Inclusive,<br><br>Defendant.<br><br>AND RELATED COUNTERACTIONS | CASE NO. 1-08-CV-01874-OWW-GSA<br><br>**STIPULATION AND ORDER RE: CONTINUANCE OF DISMISSAL OF ACTION**<br><br>Assigned to: Hon. Judge Oliver W. Wanger<br>Trial Date:    Settled – Off Calendar |

B0314138/916468-1

STIPULATION AND [PROPOSED] ORDER RE:
CONTINUANCE OF DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com

1   It is hereby stipulated by and between BP West Coast Products LLC ("BPWCP") and
2   Rosedale Plaza Group, LLC ("Rosedale"), through their respective attorneys of record:

### RECITALS AND STIPULATIONS

A. Through the efforts of the Court and the parties, the above-entitled matter has resolved.

B. On November 16, 2009, the Court entered an order that the parties shall file a request for dismissal no later than December 8, 2009 or show cause why the Court should not dismiss the matter (Document No. 97). Later, the Court subsequently granted both additional requests for a continuance of the OSC Re: Dismissal (Documents No. 90 and 92) to a new OSC Re: Dismissal date of February 19, 2010.

C. Upon resolution of the matter, both parties have continuously worked to effectuate the resolution.

D. The parties are now in the process of executing documents, but certain loan documents are taking longer to complete than originally anticipated. The parties are also seeking client approval to include an arbitration proceeding in the event of any disputes.

E. In order to fully and completely ensure that this Court will not have to interact with these parties on this matter again, the writings are complex and involve multiple obligations and conditions precedent.

/ / /
/ / /
/ / /

B0314138/916468-1                   -2-
                                    STIPULATION AND ORDER RE:
                                    CONTINUANCE OF DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com

F. Out of an abundance of caution, all Counsel agree, stipulate and respectfully request that, with the Court's permission, the Court continue the February 19, 2010 OSE Re: Dismissal to April 15, 2010 so that the parties can conclude their resolution.

Respectfully submitted,

Dated: February 18, 2009         ARCHER NORRIS, a Professional Corporation

By   /s/ Jeffrey M. Hamerling
    JEFFREY M. HAMERLING
    Attorneys for Defendant
    BP WEST COAST PRODUCTS LLC

Dated: February 18, 2009         BLEAU FOX, a Professional Corporation

By   /s/ Martin R. Fox
    MARTIN R. FOX
    Attorneys for Plaintiff
    ROSEDALE PLAZA GROUP, LLC

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that:

1. The parties shall file a request for dismissal no later than April 15, 2010 or show cause why the Court should not dismiss the matter.

IT IS SO ORDERED.

Dated: February 19, 2010         /s/ OLIVER W. WANGER
                                 HON. OLIVER W. WANGER
                                 United States District Judge

B0314138/916468-1                -3-
                                            STIPULATION AND ORDER RE:
                                            CONTINUANCE OF DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com