| | |
|---|---|
| 1 | Martin R. Fox, Esq., SBN 155783 |
| 2 | mfox@bleaufox.com<br>BLEAU FOX, A P.L.C. |
| 3 | 3575 Cahuenga Boulevard West, Suite 580<br>Los Angeles, CA 90068 |
| 4 | Telephone:  (323) 874-8613<br>Facsimile:   (323) 874-1234 |
| 5 | Attorneys for Plaintiff, |
| 6 | ROSEDALE PLAZA GROUP, LLC,<br>a California limited liability company |
| 7 | Jeffrey M. Hamerling, Esq., SBN 91532 |
| 8 | jeffrey.hamerling@archernorris.com<br>ARCHER NORRIS |
| 9 | 2033 North Main Street, Suite 800<br>Walnut Creek, CA 94596 |
| 10 | Telephone:  (925) 930-6600<br>Facsimile:   (925) 930-6620 |
| 11 | Attorneys for Defendant, |
| 12 | BP WEST COAST PRODUCTS LLC,<br>a Delaware limited liability company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | ROSEDALE PLAZA GROUP, LLC, a California limited liability company | **CASE NUMBER: 1-08-CV-01874-OWW-GSA** |
| 18 | Plaintiff, | JOINT STIPULATION OF DISMISSAL BY ROSEDALE PLAZA GROUP LLC AND BP WEST COAST PRODUCTS LLC WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a); AND |
| 19 | vs. | |
| 20 | | |
| 21 | BP WEST COAST PRODUCTS LLC, a Delaware limited liability company, DOES 1 through 100, Inclusive, | ORDER |
| 23 | Defendant. | Assigned to: Judge Oliver W. Wanger |

Plaintiff Rosedale Plaza Group, LLC and Defendant BP West Coast Products LLC hereby STIPULATE that all of the remaining claims that are asserted by Rosedale Plaza Group, LLC (Complaint) and BP West Coast Products LLC (Counter-Complaint) in this Action are hereby DISMISSED WITH PREJUDICE pursuant to

1

**STIPULATION AND ORDER**

Federal Rule of Civil Procedure 41(a).  Rosedale Plaza Group, LLC and BP West Coast Products LLC further STIPULATE that each party shall bear its own costs, attorneys' fees, and experts' fees that might have been or were incurred in connection with this Action.

DATED: April 15, 2010                    BLEAU  FOX, A P.L.C.

                                         _____/S/_____
                                         By:   Martin Fox, Esq.
                                               Attorneys for Plaintiff

DATED: April 15, 2010                    ARCHER NORRIS


                                         BY:   /s/ Jeffrey M. Hamerling
                                         Jeffrey M. Hamerling, Esq.
                                         Attorneys for Defendant,
                                         BP WEST COAST PRODUCTS, LLC,
                                         a Delaware limited liability company

IT IS SO ORDERED.

**Dated:   April 16, 2010**               _____/s/ Oliver W. Wanger_____
                                         UNITED STATES DISTRICT JUDGE